UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELIA BLOOM ) | |
| ) | |
| Plaintiff, ) | 1:05CV01804 (HHK) |
| ) | |
| v. ) | |
| ) | |
| FRANCIS J. HARVEY, SECRETARY ) | |
| UNITED STATES ARMY ) | |
| ) | |
| and ) | |
| ) | |
| CARL A. STROCK, COMMANDER ) | |
| U.S. ARMY CORPTS OF ENGINEERS ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE**

     I, Charles Jason Perkey, hereby declare under the pains and penalties of perjury at that:

     1.    I am over 21 years of age, and I am not a party to the above-captioned case.

     2.    On January 6, 2006, I personally served a copy of the complaint and a summons in the above-captioned case upon the United States Attorney for the District of Columbia, by hand-delivering a copy of the complaint and summons to Reginald Rowan, Legal Assistant at the Office of the U.S. Attorney for the District of Columbia at 555 4th Street, NW, Washington, D.C. at approximately 2:00pm.

     3.    On January 6, 2006, I personally served a copy of the complainant and a summons in the above-captioned case upon the Attorney General Alberto Gonzales, U.S.

Department of Justice, by hand-delivering a copy of the complaint and summons to Raymond McDowell, Mail Clerk at the Department of Justice Headquarters at 950 Pennsylvania Avenue, NW, Washington, D.C. at approximately 2:30pm.

    I declare under the penalties of perjury under the laws of the United States at the foregoing information is true and correct,

_January 9, 2006_                                                 /s/ [signature]
Date                                                            Charles Jason Perkey