# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELIA BLOOM ) | |
| ) | |
| Plaintiff, ) | 1:05CV01804 (HHK) |
| ) | |
| v. ) | |
| ) | |
| FRANCIS J. HARVEY, SECRETARY ) | |
| UNITED STATES ARMY ) | |
| ) | |
| and ) | |
| ) | |
| CARL A. STROCK, COMMANDER ) | |
| U.S. ARMY CORPTS OF ENGINEERS ) | |
| ) | |
| Defendants. ) | |

## PROOF OF SERVICE

I, Anthony Burton, hereby declare under the pains and penalties of perjury at that:

1. I am over 21 years of age, and I am not a party to the above-captioned case.

2. On January 9, 2006, I personally served a copy of the complainant and a summons in the above-captioned case upon the Defendant Carl A. Strock, Commander U.S. Army Corps of Engineers, by hand-delivering a copy of the complaint and summons to Michael Merriweather, Supervisor of Government Mail for the U.S. Army Corps of Engineers located at 441 G Street, NW, Washington, D.C 20314 at approximately 12:30pm.

I declare under the penalties of perjury under the laws of the United States at the foregoing information is true and correct,

| | |
|---|---|
| January 9, 2006 | /s/ *[signature: Anthony Burton]* |
| Date | Anthony Burton |