UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELIA BLOOM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCIS J. HARVEY, SECRETARY )<br>UNITED STATES ARMY )<br>)<br>and )<br>)<br>CARL A. STROCK, COMMANDER )<br>U.S. ARMY CORPTS OF ENGINEERS )<br>)<br>Defendants. )<br>) | 1:05CV01804 (HHK) |

## PROOF OF SERVICE

I, Gregory Rosalsky, hereby declare under the pains and penalties of perjury at that:

1. I am over 21 years of age, and I am not a party to the above-captioned case.

2. On January 9, 2006, I personally served a copy of the complaint and a summons in the above-captioned case upon the named Defendant Francis J. Harvey, Secretary United States Army, by hand-delivering a copy of the complaint and summons to Deletis A Spruill at the Office of the Secretary for the United States Army located at 101 Army Pentagon, Washington, D.C. 20310-1010 at approximately 2:00pm.

I declare under the penalties of perjury under the laws of the United States at the foregoing information is true and correct,

January 9, 2006
Date

/s/ *Gregory Rosalsky*
Gregory Rosalsky

Case 1:05-cv-01804-HHK   Document 6   Filed 01/09/2006   Page 2 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELIA BLOOM ) | |
| ) | |
| Plaintiff, ) | 1:05CV01804 (HHK) |
| ) | |
| v. ) | |
| ) | |
| FRANCIS J. HARVEY, SECRETARY ) | |
| UNITED STATES ARMY ) | |
| ) | |
| and ) | |
| ) | |
| CARL A. STROCK, COMMANDER ) | |
| U.S. ARMY CORPTS OF ENGINEERS ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE**

I, Anthony Burton, hereby declare under the pains and penalties of perjury at that:

1.   I am over 21 years of age, and I am not a party to the above-captioned case.

2.   On January 9, 2006, I personally served a copy of the complainant and a summons in the above-captioned case upon the Defendant Carl A. Strock, Commander U.S. Army Corps of Engineers, by hand-delivering a copy of the complaint and summons to Michael Merriweather, Supervisor of Government Mail for the U.S. Army Corps of Engineers located at 441 G Street, NW, Washington, D.C 20314 at approximately 12:30pm.

I declare under the penalties of perjury under the laws of the United States at the foregoing information is true and correct,

<u>January 9, 2006</u>                                  /s/ *[signature]*
Date                                                    Anthony Burton