IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM<br>1712 Cedarpark Rd.<br>Annapolis, MD 21401<br><br>           Plaintiff,<br><br>  v.<br><br>FRANCIS J. HARVEY, Secretary,<br>United States Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>and<br><br>CARL A. STROCK, Commander,<br>U.S. Army Corps of Engineers<br>441 G Street, N.W.<br>Washington, D.C. 20314-1000<br><br>           Defendants. | Civil Action No. 05-1804 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                          Respectfully submitted,

                                          _____/s/_____
                                          KEVIN K. ROBITAILLE
                                          Special Assistant U.S. Attorney
                                          Civil Division
                                          555 Fourth St., N.W.
                                          Washington, D.C.  20530
                                          202-353-9895  / FAX 202-514-8780