IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCIS J. HARVEY, Secretary, )<br>United States Army et. al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1804 (HHK) |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 21, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.


_____
Henry H. Kennedy
United States District Judge

Copies to:
Parties via ECF