# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA A. BLOOM**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| **v.**  ) | **Civil Action No. 05-1804 (HHK)** |
| ) | |
| **FRANCIS J. HARVEY, Secretary,**  ) | |
| **United States Army  et. al.**  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |
| ) | |

## ANSWER

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under  pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII").   Defendants respectfully move this Court for a thirty (7) day enlargement of time through and including March 28 [th] 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due March 21, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff in it 146 paragraph complaint.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5.  Defendant attempted to contact Plaintiff's counsel to gain his consent but was unable to reach him.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHEILA A. BLOOM** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1804 (HHK)** |
| ) | |
| **FRANCIS J. HARVEY, Secretary,** ) | |
| **United States Army  et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including March 28, 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Henry H. Kennedy
United States District Judge

Copies to:
Parties via ECF