### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| SHELIA BLOOM | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| FRANCIS J. HARVEY, SECRETARY | )   1:05CV01804 (HHK) |
| UNITED STATES ARMY | ) |
|  | ) |
| and | ) |
|  | ) |
| CARL A. STROCK, COMMANDER | ) |
| U.S. ARMY CORPTS OF ENGINEERS | ) |
|  | ) |
| Defendants. | ) |

_____)

### PLAINTIFF'S CONSENT TO DEFENDANTS' MOTION FOR
### AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER,
### MOVE OR OTHERWISE RESPOND

I

Plaintiff, Sheila Bloom, through counsel, consents to Defendant's second motion for extension of time.  However, Plaintiff's counsel does note that an effort to contact him was not made until after the close of business on the date the motion was filed.  Had counsel been contacted earlier he would have advised Defendant's counsel that Plaintiff would consented to the motion.

        Respectfully submitted,

_____

Michael D. Kohn, #425617
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C.  20007
Phone: (202) 342-6980
Fax: (202) 342-6984
Attorney for Plaintiff