UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCIS J. HARVEY, et al.,<br><br>    Defendants. | Civil Action 05-01804 (HHK) |

### ORDER TO SHOW CAUSE

On July 7, 2006, this case was called for an initial scheduling conference. While counsel for defendants appeared, neither Michael David Kohn nor David K. Colapinto, counsel for plaintiff, did so. Accordingly, it is this 10th day of July, 2006, hereby

**ORDERED** that plaintiff's counsel shall show cause, in a writing that shall be filed by no later than July 21, 2006, why they should not be held in contempt of court or otherwise sanctioned for their failure to appear.

_____Henry H. Kennedy, Jr.
                                         United States District Judge