UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCIS J. HARVEY, et al.,<br><br>    Defendants. | Civil Action 05-01804 (HHK) |

### ORDER

In light of counsel for plaintiff's full and forthright explanation for their failure to appear for the initial scheduling conference scheduled in this case for July 7, 2006, their apology to this court and their opposing counsel for the inconvenience caused by their absence, and their statement to the court that they have "taken corrective actions to ensure that a similar problem will not arise," it is this 24th day of July, 2006, hereby

**ORDERED** that this court's order to show cause [#15] is **DISCHARGED**.

                Henry H. Kennedy, Jr.
                United States District Judge