UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>      Plaintiff,<br><br>v.<br><br>FRANCIS J. HARVEY, Secretary,<br>United States Army, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1804 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

                        Respectfully submitted,

                        _____/s/_____
                        BRIAN C. BALDRATE
                        Special Assistant U.S. Attorney
                        555 Fourth St., N.W.
                        Room E4408
                        Washington, D.C.  20530
                        202-353-9895  / FAX 202-514-8780