**UNITED STATES DISTRICT COURT**
**FOR THE District of Columbia**

SHEILA A. BLOOM

                            Plaintiff,

v.                                            Case No.: 1:05−cv−01804−HHK
                                                        Judge Henry H. Kennedy

FRANCIS J. HARVEY, et al.

                            Defendant.

TYPE OF CASE:             Civil

---

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of Hearing: Status conference presently scheduled for August 31, 2007, has been rescheduled to September 6, 2007, 11:30 a.m., in Courtroom 27A before Judge Henry H. Kennedy, Jr. (FL, )

**PLACE**

August 24, 2007

s/ Nancy Mayer−Whittington, Clerk
s/ FL, Deputy Clerk
