## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1804 (HHK) |
| FRANCIS J. HARVEY, SECRETARY UNITED STATES ARMY, *et. al.,* | ) |
| Defendants. | ) |

## **ORDER**

UPON CONSIDERATION of the Motion to Withdraw as Plaintiff's Counsel, which is unopposed by Defendants, all papers and argument in support thereof and in response thereto, and it appearing that advance notice of the motion to withdraw was properly given to Plaintiff, and a copy of the motion was served on Plaintiff, it be and hereby is

ORDERED that the Motion to Withdraw as Plaintiff's Counsel filed by Michael D. Kohn and David K. Colapinto, be and hereby is GRANTED.

IT IS SO ORDERED.

_____                                               _____
DATE                                                                                   HON. HENRY H. KENNEDY
                                                                                                 United States District Judge