IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM, <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS J. HARVEY, Secretary, <br> United States Army et. al. <br><br> Defendants. | Civil Action No. 05-1804 (HHK) |

**DEFENDANTS' MOTION TO RESCHEDULE THE STATUS CONFERENCE**

Plaintiff brings this case pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII").  Defendants move, pursuant to Fed. R. Civ. P. 6(b), to reschedule the status conference currently set for May 9, 2008 at 10:00 am. Good cause exists to grant this motion.

1. Counsel for Defendants has a scheduling conflict with the status conference as he has a trial scheduled before Judge Sullivan from May 7, 2008 through May 16, 2008.  Counsel for Defendants was recently added to the trial team after the status conference for this case was already scheduled.

2. No discovery or activity has taken place on this case since the time that this Court granted Plaintiff's counsel's motion to withdraw and signed the scheduling order on September 6, 2007. (R. #22.)

3. This Court dismissed Plaintiff's related case, Civil Action # 07-0979, on January 18, 2008. (#07-0979, R. # 14.) Plaintiff filed a notice of appeal on March 31, 2008. (Id. R. # 15.)[1] The outcome of the appeal in this related case is likely to have significant effect on the outcome of this litigation because many of these issues may be resolved by *res judicata*.

4. Given the current posture of the case, the rescheduling of the status conference should not have any effect on a trial date or any other deadline previously established by the Court.

5. In accordance with LCvR 7(m), Defendants attempted to contact Plaintiff by phone on two different occasions to seek her consent to this motion but were unable to reach her.

For these reasons, Defendants request that the Court grant their motion to reschedule the status conference. Defendants suggest that the status conference be delayed until after resolution of Plaintiff's appeal in the related case, Civil Action # 07-0979. A proposed order is included with this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

\_\_/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C. 20530
(202) 353-9895

---

[1] Plaintiff has yet to pay the filing fee to appeal or move to proceed *in forma pauperis*.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SHEILA A. BLOOM
1712 Cedarpark Rd.
Annapolis, MD 21401

on this _____ day of April, 2008.

                    \_\_/s/_____
                    BRIAN C. BALDRATE
                    Special Assistant U.S. Attorney
                    555 Fourth Street, N.W.,
                    Room E4408
                    Washington, D.C. 20530
                    (202) 353-9895