## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SHEILA A. BLOOM** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1804 (HHK)** |
| | ) | |
| **FRANCIS J. HARVEY, Secretary,** | ) | |
| **United States Army  et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants' motion to reschedule the status conference currently scheduled for May 9, 2008 at 10:00 AM,, and the entire record of this case, it is hereby

ORDERED that Defendant's motion to reschedule is GRANTED, and it is

FURTHER ORDERED that the status conference will be set for 30 days following resolution of Plaintiff's appeal in the related case, # 07-0979.

Dated this _____ day of _____, 2008.


                                        _____
                                        HENRY H. KENNEDY
                                        United States District Judge

Copies to:

Defense Counsel via ECF and
Plaintiff Pro Se by First-Class Mail