IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHEILA A. BLOOM )
 )
            Plaintiff, )
 )
v. ) Civil Action No. 05-1804 (HHK)
 )
FRANCIS J. HARVEY, Secretary, )
United States Army et. al. )
 )
            Defendants. )

## ORDER

Upon consideration of Defendants' motion to reschedule the status conference currently scheduled for May 9, 2008 at 10:00 AM,, and the entire record of this case, it is hereby

ORDERED that Defendant's motion to reschedule is GRANTED, and it is

FURTHER ORDERED that the status conference will be set for 30 days following resolution of Plaintiff's appeal in the related case, # 07-0979.

Dated this __1st__ day of __May__, 2008.

/s/ Henry Kennedy, Jr.
HENRY H. KENNEDY
United States District Judge

Copies to:

Defense Counsel via ECF and
Plaintiff Pro Se by First-Class Mail