IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM<br>1712 Cedarpark Road<br>Annapolis, Maryland 21401<br><br>                    Plaintiff,<br>v.<br><br>FRANCIS J. HARVEY, SECRETARY<br>UNITED STATES ARMY<br>101 Army Pentagon<br>Washington, DC 20310-0101<br><br>and<br><br>LTG ROBERT L. VAN ANTWERP<br>Chief of Engineers<br>Office of the Chief of Engineers<br>2600 Army Pentagon<br>Washington, DC 20310-2600<br><br>Et. Al: Bruce Merle Elliott, Toni Trever Trombecky,<br>Sean M. Wachutka, James J. Braxton,<br>Tim Alderman, David Breeden, Kathy Genung<br>Kristine Allaman (SES), Barbara Campbell<br>Carl A. Strock LTG-RET, Robert Griffin MG-RET<br>Up to 10 defendants to be named<br>US ARMY CORPS OF ENGINEERS<br>441 G Street, NW<br>Washington, DC 20314-1000<br><br>                    Defendants | Civil Action 05-1804 (HHK)<br><br>**RECEIVED**<br>MAY 1 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**Motion for Reconsideration**

I, plaintiff, Sheila A. Bloom, pro se respectfully serve this Motion for Reconsideration of Order GRANTING the defendant's motion to reschedule the May 9, 2008 conference, signed and entered by Judge Henry H. Kennedy on May 1, 2008.

Plaintiff requests the court to reconsider this decision to delay the status conference until 30 days following resolution of the plaintiff's appeal in the related case 07-CV-0979. The Plaintiff received by regular mail (postmarked April 30, 2008) the defendant's MOTION TO CONTINUE STATUS CONFERENCE by FRANCIS J. HARVEY, CARL A. STROCK (Attachments: # (1) Text of Proposed Order) (Baldrate, Brian) on May 2, 2008. Plaintiff was never provided official notice of Judge Henry's decision to postpone the hearing and to approve the order by US mail to date.

Upon receipt of the Motion, plaintiff contact Mr. Baldrate and discussed the motion and proposed ORDER with him. Plaintiff was not afforded the right to respond to the MOTION as required per the Federal Code of Civil Procedure when Judge Kennedy made the ruling to GRANT the PROPOSED order on May 1, 2008 only one day after the MOTION was filed with the Court.

Plaintiff discussed the fact that she had only received one call from the defendant on April 30, 2008 and returned the call on May 1, 2008. Mr. Baldrate admitted that he only was able to leave one message for the Plaintiff.

After discussing the ORDER, plaintiff and defendant agreed to request the COURT to establish a new date for the STATUS hearing before June 20, 2008 prior to the departure of Mr. Baldrate from the Department of Justice on June 20, 2008. Mr. Baldrate stated that the new DOJ attorney is Mr. Lanny Acosta and he should arrive between May 18 and 31, 2008. Mr. Baldrate stated that he agreed that a status conference with the Court should be held prior to his departure from the DOJ. In addition, Mr. Baldrate informed the plaintiff that he was both leaving the DOJ and the US Army as a military JAG officer and that Mr. Acosta was going to replace him as a Special Assistant to DOJ on loan from the JAG Corps.

Plaintiff requests the reversal of the decision to delay the Status Hearing until 30 days after the resolution of Plaintiff's appeal under hardship and delays. Plaintiff filed her first Equal Employment Complaint with Agency officials in early 2003 and has never been afforded the right to a speedy trial by jury as requested in the complaint filed September 12, 2005. In addition, plaintiff was delayed for over one year when the Proposed Scheduling Order submitted by her attorney was never issued by the Court until the status hearing on September 6, 2007. Following this Status Hearing, Plaintiff was asked by the Defendant's (Mr. Baldrate) to resubmit the Discovery Request and associated documents to the DOJ as they had lost the original request. Mr. Baldrate had agreed that Mr. Michael Kohn, Kohn, Kohn & Colapinto could submit the documents on behalf of the Plaintiff, Ms. Bloom during this discussion between Ms. Bloom, Mr. Kohn, Mr. Colapinto, Mr. Brian Bowlin and Mr, Baldrate. Immediately following the status hearing, on September 6, 2007, Mr. Kohn resubmitted the Discovery request and associated documents to Mr. Baldrate by email with CF to the plaintiff. After 60 days expired for the time for respond, Mr. Baldrate informed the Plaintiff, Ms. Bloom that she was required to resubmit the Discovery request signed by her and certified. Mr. Kohn responded to the request and reminded Mr. Baldrate of the email and discussion. Ms. Bloom signed and resubmitted the Discovery request and associated documents to Mr. Baldrate on two occasions. Once again Mr. Baldrate incorrectly notified the Plaintiff that she did not sign the documents. Ms. Bloom had experienced another medical crisis at this time and requested a continuance on the associated case.

During this time the required response to discovery has not occurred. Plaintiff and Defendant discussed the claims under the second complaint (#07-0979) and plaintiff explained to the Defendant the claims are not duplicative of the first complaint as previously reported to the court. The Plaintiff discussed that the second complaint claims occur after the first complaint

claims as the reprisal, retaliation and vicarious and unlawful harassment spanned way beyond the time frame covered by the second complaint filed with the Federal Court.

  Both the Plaintiff and the Defendant agree that a new status hearing is required prior to the resolution of the appeal of the related case as the claims are not duplicative as previously reported to the Court. As requested previously, plaintiff requests that all documentation and decisions made by the Court of the Defendant be provided via US Mail due to continual problems with computers and email as well as the telephone. Plaintiff requests the defendant to ensure that adequate time is provided for response to inquiries and that the call received on April 30, 2008 did not provide ample time for the plaintiff to respond to the inquiry. Plaintiff only received one telephone message and was unable to respond until May 2, 2008 following notification by US mail of the MOTION to Continue the Status Conference. This call was placed on the same day as the MOTION was submitted to the Court per telephone transmission records available to the plaintiff. This was prejudicial to the Plaintiff as Judge Henry ruled on the Motion the next day without providing time for the Plaintiff to respond as stipulated in Civil Procedure. A proposed order is included with this motion.

           Respectfully Submitted,

           */s/ Sheila A. Bloom*
           SHEILA A. BLOOM
           1712 Cedar Park Road
           Annapolis, Maryland 21401

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA A. BLOOM** )<br>                    Plaintiff, )<br>    v. )<br> )<br>**FRANCIS J. HARVEY, SECRETARY** )<br>UNITED STATES ARMY )<br>Et. Al: )<br>**LTG ROBERT L. VAN ANTWERP** )<br>Chief of Engineers )<br>Bruce Merle Elliott, Toni Trever Trombecky )<br>Sean M. Wachutka, James J. Braxton, )<br>Tim Alderman, David Breeden, Kathy Genung )<br>Kristine Allaman (SES), Barbara Campbell )<br>Carl A. Strock LTG-RET, Robert Griffin MG-RET ) <br>Up to 10 defendants to be named | Civil Action 05-1804 (HHK) |

### ORDER

Upon consideration of the Plaintiff's Motion for Reconsideration to Reverse the decision to ORDER the status conference to be set for 30 days following the resolution of the Plaintiff's appeal in the related case, 07-0979 and schedule a status conference prior to June 20, 2008 to ensure that Mr. Baldrate can attend and set a new course of action for the discovery process. Based upon telephone conversation held May 2, 2008 between Mr. Baldrate and Ms. Bloom, Defendant concurs with the request and both request the court to hereby,

REVERSE the ORDER dated May 1, 2008 "that the status conference will be set for 30 days following resolution of Plaintiff's appeal in the related case, #07-0979 and,

SCHEDULE A STATUS CONFERENCE prior to JUNE 20, 2008.

Dated this _____ day of _____ 2008.

_____
HENRY H. KENNEDY
United States District Judge

Copies to: Defense Counsel by US Mail

# CERTIFICATE OF SERVICE

I hereby certify that MOTION FOR RECONSIDERATION of May 1, 2008 ORDER and PROPOSED ORDER reversing decision was served first class mail postage paid on this 12 day of May 2008 to the following:

JEFFREY A. TAYLOR, USA
United States Attorney for the
District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
TEL: 202-514-7566,
FAX: 202-307-3569
First Class Mail

Nancy Mayer-Whittington
Clerk of the Court
US District Court for the District of
Columbia
333 Constitution Ave., NW 20001
Tel: 202-354-3050
Hand-delivered, First Class Mail

Signed,

Sheila Bloom
1712 Cedar Park Road
Annapolis, Maryland 21401