PRAECIPE

# United States District Court
## for the District of Columbia

the **23ʳᵈ** day of **June** 19 **2008**

**Sheila A. Bloom, Plaintiff**
vs.
**Francis J. Harvey, US Army**

Civil / Criminal Action No. **05-1804(HHK)**

The Clerk of said Court will **change the record of address and telephone number. to read as follows: Sheila A. Bloom, 1712 Cedar Park Road, Annapolis, MD 21401. Telephone number 410-988-2814.**

**6/23/08**
Date

**N/A  Pro Se**
BAR IDENTIFICATION NO.

Signature: *Sheila A. Bloom*

Print Name: **Sheila Bloom**

Address: **1712 Cedarpark Rd**

City: **Annapolis**  State: **MD**  Zip Code: **21401**

Phone Number: **410-988-2814**

### CERTIFICATE OF SERVICE

I, Sheila Bloom, certify that I have sent this notice to the following by first class mail postage paid on this day of June 23, 2008:

TO:
Francis J. Harvey
c/o Jeffrey A. Taylor USA
United States Attorney For The District of Columbia
Judiciary Center Bldg.
555 Fourth St., NW
Washington, DC 20530

*Sheila A. Bloom*
Pro Se